August 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SMART CALL, LLC, Appellant

NO. 14-13-00223-CV                              V.

GENIO MOBILE, INC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Genio Mobile, Inc., signed March 18, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Smart Call, LLC, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.